IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE & CASUALTY
COMPANY a/s/o SARA RIVERA

        v.                               C.A. NO. 13-6732

PETROLEUM HEAT & POWER CO.,
INC, et. al

## ORDER

AND NOW, this 5th day of October, 2016, upon consideration of the defendants' second motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 76] is DENIED.

                                                BY THE COURT:

                                                **/s/ Jeffrey L. Schmehl**
                                                JEFFREY L. SCHMEHL, J.